IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

PARKERSBURG DIVISION

AMERICAN MODERN HOME
INSURANCE COMPANY,

        Plaintiff,

v.                             CIVIL ACTION NO.  6:06-cv-01015

JEFF CORRA, et al.,

        Defendants.

**ORDER**

The court **DIRECTS** that this case be re-opened and placed on the active docket.  A Scheduling Order will follow.  The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:        October 22, 2009

_____
Joseph R. Goodwin, Chief Judge