IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
At Parkersburg

AMERICAN MODERN HOME
INSURANCE COMPANY,

        Plaintiff,

v.

        CIVIL ACTION NO.: 6:06-CV-1015
        (Honorable Joseph R. Goodwin)

JEFF CORRA,
COURTNEY D. MCDONOUGH,
MORGAN BROWN,
THE ESTATE OF MATTHEW HUMPHREYS,
and THE ESTATE OF JOSHUA B. TUCKER,

        Defendants.

## AGREED DISMISSAL ORDER

This day came the plaintiff, American Modern Home Insurance Company, by counsel, Michelle E. Piziak, Jennifer Anderson Hill and the law firm of Steptoe & Johnson PLLC; defendant, Jeff Corra by counsel, Jeffrey V. Mehalic; defendants, Jeffrey B. Tucker, Executor of the Estate of Joshua B. Tucker and the Estate of Joshua B. Tucker, by counsel D. Scott Bellomy; defendant Morgan Brown, by counsel Steven M. Thorne; and defendant, the Estate of Matthew Humphreys, by counsel, Paul S. Perfater, and announced to the Court that the claims related to the above-captioned litigation have been compromised and settled. Therefore, the parties request that this matter be dismissed with prejudice.

There appearing no objection to the granting of said motion, as is shown by the signatures of the attorneys of record below, it is, accordingly ORDERED, ADJUDGED and DECREED that the plaintiff's Complaint for Declaratory Relief in the above-entitled civil action be dismissed with prejudice.

A copy of this ORDER is to be recorded in the Office of the United States District Clerk of the Southern District of West Virginia at Parkersburg and the Clerk is directed to forward certified copies of this Agreed Dismissal Order to all attorneys of record as follows:

Jeffrey V. Mehalic, Esq.
Law Offices of Jeffrey V. Mehalic
P. O. Box 11133
Charleston, WV 25339-1133

D. Scott Bellomy, Esq.
Bellomy & Turner, L.C.
741 Fifth Avenue
Huntington, WV 25701

Michelle E. Piziak, Esq.
Jennifer A. Hill, Esq.
Steptoe & Johnson PLLC
P. O. Box 1588
Charleston, WV 25326

Steven M. Thorne, Esq.
Cook & Cook
P. O. Box 190
Madison, WV 25130-0190

Paul S. Perfater, Esq.
Myers and Perfater
1311 Virginia Street, East
P. O. Box 2631
Charleston, WV 25329-2361

ENTERED this _____ day of _____, 2010.

_____
**The Honorable Joseph R. Goodwin**

Prepared by:
/s/ Jennifer A. Hill
Michelle E. Piziak, Esq. (WVSB #7494)
Jennifer A. Hill, Esq. (WVSB # 9326)
Steptoe & Johnson PLLC
P. O. Box 1588
Charleston, WV 25326
*Counsel for American Modern Home Insurance Company*

/s/ Jeffrey V. Mehalic - *by J. Hill with permission*
Jeffrey V. Mehalic, Esq. (WVSB #2519)
Law Offices of Jeffrey V. Mehalic
P. O. Box 11133
Charleston, WV 25339-1133
*Counsel for Jeff Corra*

/s/ Steven M. Thorne - *by J. Hill with permission*
Steven M. Thorne, Esq. (WVSB #5534)
Cook & Cook
P. O. Box 190
Madison, WV 25130-0190
*Counsel for Morgan Brown*

/s/ D. Scott Bellomy - *by J. Hill with permission*
D. Scott Bellomy, Esq. (WVSB #8028)
Bellomy & Turner, L.C.
741 Fifth Avenue
Huntington, WV 25701
*Counsel for Jeffery B. Tucker, Executor of the Estate of Joshua B. Tucker and the Estate of Joshua B. Tucker*

/s/ <u>Paul S. Perfater</u> - *by J. Hill with permission*
Paul S. Perfater, Esq. (WVSB #2860)
Myers and Perfater
1311 Virginia Street, East
P. O. Box 2631
Charleston, WV 25329-2361
*Counsel for Estate of Matthew Humphreys*

CH5385183.1